# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 17−14081−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John O. Poindexter III
   aka John O. Poindexter Esq., dba Law
   Office of John O. Poindexter
   438 Kelham Court
   Mt. Laurel, NJ 08054

Social Security No.:
   xxx−xx−6795

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/24/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 25, 2017
JAN: bc

                Jeanne Naughton
                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 17-14081-ABA
John O. Poindexter, III                                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1              Date Rcvd: May 25, 2017
                              Form ID: 148           Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2017.
db            +John O. Poindexter, III,    438 Kelham Court,    Mt. Laurel, NJ 08054-3724
516701038     +IRS,   51 Haddonfield Road,    Cherry Hill, NJ 08002-4801
516758568     +Le Club I Condominium Association, Inc.,    c/o Associa Mid-Atlantic,
               14000 Horizon Way, Suite 200,    Mt. Laurel, NJ 08054-4342
516701039      Le Club I. Condo Association,    Associ Mid-Atlantic,    1400 Horizon Way, Set 1,
               Mt. Laurel, NJ 08054
516701040     +Mathew York (Notice Only),    50 Barrack Street,    Trenton, NJ 08695-0001
516743503     +Orion,   c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
516701041     +Phelan Hallinan (Notice Only),    400 Fellowship Road,    Suite 100,    Mt. Laurel NJ 08054-3437
516701042     +Regional Ortho Professionals Association,    2201 Chapel Avenue,    Cherry Hill, NJ 08002-2098
516701043     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,    Division of Taxation,    50 Barrack Street,
               Trenton, NJ 08695)
516701045      Wells Fargo Dealer Srv,    PO Box 99517,    Sacramento, Ca 95899

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 25 2017 21:26:52      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 25 2017 21:26:51      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516701044      EDI: USBANKARS.COM May 25 2017 21:13:00      U S Bank National Association,    425 Walnut Street,
               Cincinnati, Ohio 45202
516771994      EDI: WFFC.COM May 25 2017 21:13:00      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
               P.O. BOX 19657,    IRVINE, CA 92623-9657
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516817736*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Section,
               PO Box 245,   Trenton, NJ 08695-0245)
                                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2017 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor   U.S. Bank, National Association, as Trustee for the
           Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-3
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   U.S. Bank, National Association, as Trustee for the
           Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-3
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Marcia Y, Phillips    on behalf of Debtor John O. Poindexter, III theladyjustice@outlook.com,
           theladyjustice.phillips@gmail.com
          Nona Ostrove    on behalf of Creditor   Le Club I Condominium Association nostrove@ostrovelaw.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6